UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESUS (JESSIE) RODRIGUEZ BARRON,<br>                  Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br>                  Defendants. | No. CV 09-4588 ABC (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: 2/19/10

AUDREY B. COLLINS
United States District Judge