UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESUS (JESSIE) RODRIGUEZ BARRON,<br>              Plaintiff,<br>   v.<br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br>             Defendants. | No. CV 09-4588 ABC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: 2/19/10

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
United States District Judge